IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALEXIS BILBRO                                                                                              PLAINTIFF

VS.                                                                        CIVIL ACTION NO. 3:21-cv-762-DPJ-FKB

WALMART, INC., HOSTESS BRANDS
SERVICES, LLC, and Fictitious Defendants
AA,@ AB,@ AND AC@                                                                                        DEFENDANTS

## CONSENT TO AND JOINDER IN REMOVAL

Defendant Hostess Brands Services, LLC ("Hostess") hereby gives notice that it joins in and consents to the Notice of Removal and Amended Notice of Removal filed by Walmart, Inc., on November 24, 2021. Hostess adopts and incorporates by reference herein all those grounds in support of the removal of this action from the Circuit Court of Rankin County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division.

This, the 24th day of November, 2021.

                                                          **HOSTESS BRANDS SERVICES, LLC**

                                              By:      /s/Frederick N. Salvo, III
                                                          Frederick N. Salvo, III (MSB# 100419)

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
One Eastover Center
100 Vision Drive Suite 400
Jackson, Mississippi 39211
Tel. (601)351-2458
Fax. (601)592-2458
fsalvo@bakerdonelson.com

4881-1198-1828v1
9600000-000100 11/24/2021