IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALEXIS BILBRO**                                                                                         **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 3:21-cv-762-DPJ-FKB**

**WALMART INC., Hostess Brands Services, LLC
and Fictitious Defendants "A," "B," and "C,"
whether singular or plural, those other persons,
corporations, firms or other entities whose
wrongful conduct caused or contributed to
cause the injuries and damages to Plaintiff,
all of whose true and correct names are
unknown to Plaintiff at this time, but
will be added by amendment when ascertained**                                **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CIVIL ACTION** having come on for consideration on the *ore tenus* motion of Plaintiff, Alexis Bilbro, through her attorney, for entry of a Judgment of Dismissal to dismiss this civil action with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendants, Walmart Stores, Inc.,[1] and Hostess Brands Services, LLC join this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered civil action be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 9th day of MARCH, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Walmart, Inc., is an improper party. The proper party is Wal-Mart Stores East, LP, a Delaware limited partnership with its principal place of business in Arkansas.

-2-

**APPROVED AND AGREED TO BY**:

| | |
|---|---|
| */s/ Rajita Iyer Moss* | */s/ Jessica M. Lennard* |
| Thomas M. Louis  (MSB #8484) | Jessica M. Lennard (MSB #105046) |
| Rajita Iyer Moss (MSB No. 10518) | Slocumb Law Firm, LLC |
| Wells Marble & Hurst, PLLC | 2404 19th Street, Ste. 101 |
| P. O. Box 131 | Gulfport, MS 39501 |
| Jackson, MS 39205-0131 | ***Attorney for Plaintiff*** |
| ***Attorney for Defendants*** | |

*/s/ Frederick N. Salvo, III*
Frederick N. Salvo, III (MSB #100419)
Baker Donelson Bearman Caldwell
    & Berkowitz, PC
One Eastover Center
100 Vision Drive, Ste. 400
Jackson, MS 39211
***Attorney for Hostess Brands Services, LLC***